■ In the Matter of COMPU-TECH SOFTWARE SERVICES, INC., Appellant. THOMAS F. HARTNETT, as Commissioner of Labor, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 13, 1989, which, upon reconsideration, adhered to its prior decision assessing Compu-Tech Software Services, Inc. for additional unemployment insurance contributions.

The record supports the conclusion by the Unemployment Insurance Appeal Board that Compu-Tech Software Services, Inc. exercised sufficient direction and control over its data processing technicians to establish their status as employees. The evidence established, *inter alia,* that Compu-Tech usually paid the technicians directly, the contract agreements the technicians signed restricted their activities with Compu-Tech clients, it was Compu-Tech who solicited the clients to be serviced, the technicians were required to submit time sheets, and the technicians were paid even if Compu-Tech was not paid by the client *(see, Matter of Gentile Nursing Servs. [Roberts],* 65 NY2d 622; *Matter of Bertsch [Intertek Servs. Corp.—Hartnett],* 159 AD2d 898). Although there were factors which could have supported a contrary conclusion, the record contains substantial evidence to support the Board's decision; it must therefore be upheld *(see, Matter of Concourse Ophthalmology Assocs. [Roberts],* 60 NY2d 734, 736). Compu-Tech's remaining contentions have been considered and found to be lacking in merit.

Decision affirmed, without costs. Weiss, J. P., Yesawich, Jr., Levine, Mercure and Harvey, JJ., concur.